**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

N.W.M. AND E.M., MINORS, THROUGH    :    No. 12 EM 2022
THEIR PARENTS AND NATURAL    :
GUARDIANS, J.M., N.M., AND J.A.M.,    :
                              :
         Respondents    :
                              :
                              :
         v.    :
                              :
                              :
PATRICE LANGENBACH AND DEFENDER    :
ASSOCIATION OF PHILADELPHIA,    :
                              :
         Petitioners    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of May, 2022, the Application for Relief, which seeks leave to submit a corrected Application "for Exercise of this Court's King's Bench, Extraordinary, and Supervisory Powers," is GRANTED. The corrected Application "for Exercise of this Court's King's Bench, Extraordinary, and Supervising Powers" is DENIED.